IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 1:07cr29-MEF |
| | ) | |
| JOHNNY WAYNE CLARK | ) | |

## **ORDER**

Upon consideration of defendant attorney's motion to withdraw (Doc. # 11), filed May 1, 2007, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED.

The Court finds that the defendant is eligible for the appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A. Accordingly, it is

ORDERED that CJA panel attorney Russell Duraski be appointed to represent the defendant for all further proceedings. The CJA panel attorney shall file a written notice of appearance with this Court.

DONE, this 2nd day of May, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE