IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| United States of America | * |
| | * |
| v. | *   Case No. 1:07-cr-29-MEF |
| | * |
| Johnny Wayne Clark | * |

## NOTICE OF INTENT TO CHANGE PLEA

Comes now the Defendant in the above-styled matter and files this his NOTICE OF INTENT TO CHANGE PLEA and shows as follows:

1. The Defendant is prepared to change his plea to a plea of guilty in this matter and consents to said plea being entered before a Magistrate Judge.

2. Counsel shows that he will be out of town the week of June 18, 2007 and asks that the plea not be set during that week.

Respectfully submitted this 4th day of June, 2007.

Russell T. Duraski (DUR007)
Attorney for Defendant
6332 Woodmere Blvd.
Montgomery, Alabama 36117
Telephone: (334) 260-9733
FAX: (334) 260-9735

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document upon the Assistant United States Attorney shown below by placing a copy of same in the United States mail, postage prepaid, and properly addressed.

Done this 4th day of June, 2007.

*Russell T. Duraski*
Russell T. Duraski (DUR007)
Attorney for Defendant

Clark Morris, Esq.
Assistant U.S. Attorney
Post Office Box 197
Montgomery, Alabama   36101-0197