IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 1:07-cr-29-MEF |
| | ) | |
| JOHNNY WAYNE CLARK | ) | |

## **O R D E R**

Upon consideration of the government's Motion to Strike Forfeiture Allegation (Doc. #23) filed on June 26, 2007, it is hereby

ORDERED that the motion is GRANTED.

DONE this the 5th day of July, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE