PS 8
(8/03)

# United States District Court

## for

## Middle District of Alabama

### Petition for Warrant/Summons and Report for Defendant Under Pretrial Release Supervision

RECEIVED

2007 JUL 27  P 12: 13

Name of Defendant: JOHNNY WAYNE CLARK                    Case Number: 1:07cr29-MEF

Name of Releasing Judicial Officer: The Honorable Susan Russ Walker, U.S. Magistrate Judge

Date of Release: April 10, 2007

Original Offense: Conspiracy to Possess with Intent to Distribute Methamphetamine

Type of Release: $25,000 Unsecured Appearance Bond

Conditions of Release: Report to pretrial services as directed; Maintain or actively seek employment; Electronic Monitoring; No firearms; Drug testing and/or treatment; Report any law enforcement contact, Refrain from possession of any type of drug paraphernalia, Travel restricted to the Middle District of Alabama; No excessive alcohol use; Notify probation officer if providing any cooperation to narcotics agents; Follow all instructions of the pretrial services officer

Assistant U.S. Attorney: Clarke Morris                    Defense Attorney: Donnie Wayne Bethel

## PETITIONING THE COURT

[X]   To issue a warrant
[ ]   To issue a summons

The probation officer believes that the defendant has violated the following condition(s) of release:

| Violation Number | Nature of Noncompliance |
|---|---|
| Condition 7 (t): "You are restricted to your residence at all times except for employment; education; religious services; or other activities as approved by pretrial services." | Clark left without permission from his residence at 16863 E. W. Hwy 52, Columbia, AL 36190 on July 25, 2007. |

Supervision history of defendant and actions taken by officer: Barring the instant violations, Clark has performed satisfactorily while on pretrial supervision. Timothy Dickerson, a fugitive task force agent with Advantage Bonding in Dothan, AL, contacted this office on July 25, 2007 regarding Clark's non-compliance with his state bond requirements by failing to notify his agency prior to moving to a new residence. Dickerson stated that upon contacting Clark a physical altercation ensued and Clark assaulted him and stole his cell phone. This officer was notified by BI Monitoring, Inc., via pager, that the transmitter returned to the residence, however, attempts to contact Clark have been unsuccessful.

(8/03)

U.S. Probation Officer Recommendation:

[X]   The term of supervision should be:
[X]   revoked.
[ ]   No action.
[ ]   The conditions of supervision should be modified as follows:

I declare under the penalty that the forgoing is true and correct.

Respectfully submitted,

by *Willie B Ross, Jr.*

Willie Bernard Ross, Jr.
Senior U.S. Probation Officer
Date: July 25, 2007

Reviewed and approved: *Sandra Wood*
Supervisory U.S. Probation Officer

---

THE COURT ORDERS:

[ ]   No Action
[✓]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

7/27/07
Date