IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:07cr29-MEF |
| | ) | |
| JOHNNY WAYNE CLARK | ) | |

## ORDER

For good cause, it is

ORDERED that a bond revocation hearing is set for August 7, 2007 at 8:30 a.m. in Courtroom 5B, Frank M. Johnson, Jr. Federal Building and United States Courthouse Complex, One Church Street, Montgomery, Alabama.

The United States Marshal is DIRECTED to produce the defendant for the hearing.

DONE, this 6th day of August, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE