IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 1:07cr029-MEF |
| | ) | |
| JOHNNY WAYNE CLARK | ) | |

### **ORDER**

On August 7, 2007, the defendant, JOHNNY WAYNE CLARK, appeared before the undersigned to answer charges of violating the terms of his pre-sentence release. Upon consideration of defendant's admission of the violation, it is

ORDERED that the defendant's pretrial release is hereby revoked. The defendant is remanded to the custody of the United States Marshal pending sentencing.

DONE, this 7th day of August, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE